US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 9 2021

JAMIE GIANI, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 6:21CR60019-001 |
| v. ) | |
| ) | 18 U.S.C. § 1703(a) |
| JEFFERY GLAY TURNER ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

(Delay, Destruction or Opening of Mail by Postal Service Employee)

On or about July 27, 2020, in the Western District of Arkansas, Hot Springs Division, the defendant, JEFFERY GLAY TURNER, then being a United States Postal Service employee, did knowingly and unlawfully secrete, destroy, detain, delay and open any package and mail entrusted to him and which came into his possession, namely; a package containing prescription narcotics, which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the Postal Service and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service.

All in violation of Title 18, United States Code, Section 1703(a).

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kyra.Jenner@usdoj.gov