IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **6:21CR-60019-001** |
| | ) | |
| **JEFFREY GLAY TURNER** | ) | |
|         Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW the Defendant, **Jeffrey Turner**, by the Office of the Federal Public Defender and its attorney, **Alex Wynn**, and does hereby respectfully move this Court as to the following: for a sentence of probation.

PROCEDURAL BACKGROUND

Jeffrey Turner was arraigned on a one-count Indictment on June 22, 2021. On February 3, 2022, he pleaded guilty to the one count Indictment, charging him with delay and destruction of mail, in violation of 18 U.S.C. § 1703(a).

The Presentence Investigation Report (PSR) calls for an advisory Guideline Range of 0-6 months, based on a Total Offense Level of 6 and a Criminal History Category of I.

ARGUMENT

I. **Given the Nature and Circumstances of Mr. Turner's Offense and His History and Characteristics, the Sentence Requested is Sufficient, But Not Greater Than Necessary to Satisfy the Purposes of Sentencing.**

Delay and destruction of mail is a serious crime, for which Mr. Turner acknowledges that he must face punishment. While on pre-trial and post-plea release, Mr. Turner has demonstrated

1

that incarceration is not necessary for him to understand the seriousness of his conduct, and that if he were to repeat that behavior, he would face more severe consequences.

Mr. Turner is 42 years old at the time of the filing of this memorandum and has one criminal history point for driving under the influence in 2019. Other than that, he has only ever received speeding tickets in his entire life. Mr. Turner prays that this Court will believe that the charged offense is outside of his character, and not conduct that he ever intends on repeating.

Mr. Turner has held employment with the Arkansas Highway Department in Hope, Arkansas, for nearly two years, paying his taxes, and being a contributing member of society. He has had no violations during his release, including zero positive drug screenings. Continued probation by a United States Probation Officer will allow this Court to be sure that Mr. Turner continues to follow the law.

It is very unlikely that Mr. Turner will repeat this conduct, as he will likely never work for the postal service again; moreover, he will now be a felon, and lose several of the rights he has had throughout his life due to his poor decision making.

Mr. Turner experienced a traumatic life event when he and his wife divorced, and while he does not offer this as an excuse for his behavior, he hopes the Court will take into consideration that Mr. Turner allowed this bad situation in his life to enable him to deviate from his normal moral compass. Mr. Turner has children he loves very much and is ordered to pay child support as a result of the divorce, so maintaining his employment is very important to him.

Probation is permitted under the statute and current Guideline Range, and Mr. Turner prays that this Court will consider it an appropriate remedy in his particular case. He is confident

that he will succeed, and put this chapter of his life behind him, despite the lifelong marring of a felony conviction.

## CONCLUSION

Mr. Turner's conduct, while illegal and serious, can be addressed by a sentence of probation. Such a sentence addresses all of the § 3553(a) factors, and is in keeping with the parsimony principle.

WHEREFORE, Mr. Turner respectfully requests this Court to grant a sentence of probation.

                                                Respectfully submitted,

                                                BRUCE D. EDDY
                                                FEDERAL PUBLIC DEFENDER
                                                WESTERN DISTRICT OF ARKANSAS

By:   /s/ *Alex Wynn*
                                                  Alex Wynn
                                                Assistant Federal Public Defender
                                                100 E. Peach Street, Suite 320
                                                El Dorado, AR 71730
                                                (479) 249-8648

                                                Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ms. Kyra Jenner, Assistant United States Attorney, and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants: none.

                                                /s/ *Alex Wynn*
                                                Alex Wynn